# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE LEE GIPSON,<br><br>　　　　　　　Petitioner,<br><br>　　v.<br><br>WEST VALLEY DETENTION CENTER,<br><br>　　　　　　　Respondent. | Case No. EDCV 19-474-R (KK)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is DISMISSED without prejudice.

Dated:  September 25, 2019

　　　　　　　　　　　　　　　　　　　HONORABLE R. GARY KLAUSNER
　　　　　　　　　　　　　　　　　　　United States District Judge